**Opinion filed March 5, 2020**



**In The**

# Eleventh Court of Appeals

_____

## No. 11-20-00064-CR

_____

## IN RE CHRISTOPHER W. HUMBLE

**Original Mandamus Proceeding**

**M E M O R A N D U M   O P I N I O N**

Relator, Christopher W. Humble, has filed in this court an original mandamus proceeding seeking to compel the 358th District Court of Ector County, the Honorable W. Stacy Trotter, and the Ector County District Attorney, R.N. (Bobby) Bland, to issue orders requiring Relator's release from custody on pending criminal charges. We dismiss for want of jurisdiction.

This court only has mandamus jurisdiction over a judge of a district or county court or when necessary to enforce our own jurisdiction. TEX. GOV'T CODE ANN. § 22.221(a), (b) (West Supp. 2019). Accordingly, we do not have mandamus jurisdiction over District Attorney Bland for the matters asserted by Relator because they do not involve matters that are necessary to enforce our own jurisdiction.

Furthermore, Relator seeks his release from custody by way of mandamus. A defendant's request to be released from custody on pending criminal charges is the proper subject of a petition for pretrial habeas corpus. *See In re Lozano*, No. 14-12-00049-CR, 2012 WL 274076, at *1 (Tex. App.—Houston [14th Dist.] Jan. 31, 2012, orig. proceeding) ("[T]o the degree relator seeks release from custody, relator is seeking pretrial habeas corpus relief . . . ."). "The courts of appeals do not have original habeas jurisdiction in criminal law matters." *In re Sampson*, No. 12-11-00362-CR, 2012 WL 760307, at *1 (Tex. App.—Tyler Mar. 7, 2012, orig. proceeding) (citing Section 22.221). Therefore, this court's habeas jurisdiction in criminal matters is appellate only. *See id.* Because this is an original proceeding, we do not have jurisdiction to address the merits of Relator's petition. *See id.*

Accordingly, we dismiss the petition for want of jurisdiction.

PER CURIAM

March 5, 2020

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.[1]

Willson, J., not participating.

---

[1]Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.